■ MERCHANTS INSURANCE GROUP, Appellant, v PETER COUTRIER, Respondent. [991 NYS2d 370]—In a subrogation action to recover benefits paid to the plaintiff's insured, the plaintiff appeals from an order of the Supreme Court, Suffolk County (Molia, J.), dated December 18, 2012, which granted the defendant's motion, in effect, to amend an order of the same court dated February 1, 2008, vacating a default judgment against the defendant, so as to direct the return of his wages garnished in connection with the default judgment.

Ordered that the order dated December 18, 2012, is affirmed, with costs.

Under the circumstances of this case, the plaintiff's retention of the defendant's wages garnished in connection with a default judgment against the defendant and in the plaintiff's favor is inconsistent with the vacatur of the default judgment. Accordingly, the Supreme Court properly exercised its discretion in granting the defendant's motion. Mastro, J.P., Dillon, Miller and Maltese, JJ., concur.